Fill in this information to identify the case:

Debtor 1   Gregory S. Hixon

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Louisiana

Case number  16-20467

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), c/o Seterus, Inc.

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 5 8 8 3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | | (3) $ _____ |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | 9/27/2016 | (5) $ 550.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | 6/15/16 - $15.00, 7/13/16 - $15.00  8/18/16 - $15.00, 9/20/16 - $15.00 | (7) $ 60.00 |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) $ _____ |
| 11. Other. Specify: Objection to Plan | 8/18/2016 | (11) $ 500.00 |
| 12. Other. Specify: _____ | | (12) $ _____ |
| 13. Other. Specify: _____ | | (13) $ _____ |
| 14. Other. Specify: _____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 _Gregory S. Hixon_____ Case number (*if known*) _16-20467_____
        First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

❏ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ _/s/ Jason R. Smith_____ Date _10/10/2016_____
   Signature

Print: _Jason R. Smith_____ Title _____
     First Name    Middle Name    Last Name

Company _Dean Morris, L.L.C._____

Address _1820 Avenue of America_____
     Number    Street
_Monroe, LA  71201_____
     City    State    ZIP Code

Contact phone _(318) 388-1440_____ Email _jasonsmith@creditorlawyers.com_

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

IN RE: GREGORY S. HIXON    CASE NO. 16-20467
                           CHAPTER 13

## CERTIFICATE OF SERVICE

I, Jason R. Smith, hereby certify that I have notified the following interested parties of the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), C/O SETERUS, INC., as reflected on the foregoing notice, to-wit:

Gregory S. Hixon  
810 S. Adams St.  
Welsh, LA 70591

Keith A. Rodriguez  
Trustee  
P.O. Box 3445  
Lafayette, LA 70502

Christian D. Chesson  
One Lakeshore Drive  
Suite 1800  
Lake Charles, LA 70629

Office of the U.S. Trustee  
300 Fannin Street  
Suite 3196  
Shreveport, LA 71101

by mailing this notice and a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 10th day of October, 2016.

DEAN MORRIS, L.L.C.  
1820 Avenue of America  
P.O. Box 15270  
Monroe, LA 71207-5270  
(318) 388-1440

/S/Jason R. Smith  
ATTORNEY FOR CREDITOR