**Fill in this information to identify the case:**

Debtor 1 GREGORY S. HIXON

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>WESTERN DISTRICT OF LOUISIANA</u>

Case number 16-20467

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

Name of creditor: <u>SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), C/O SETERUS, INC.</u>

Court claim no. (if known): <u>11</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>5883</u>

**Date of payment change:** <u>11/01/2017</u>
Must be at least 21 days after date of this notice

**New total payment:** <u>$1,305.75</u>
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
| --- | --- |

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: <u>$391.59</u>          New escrow payment: <u>$413.98</u>

| Part 2: | Mortgage Payment Adjustment |
| --- | --- |

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

| Part 3: | Other Payment Change |
| --- | --- |

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.) _____

Reason for Change:_____

Current escrow payment: $_____          New escrow payment: $_____

16-20467 - #29  File 09/20/17  Enter 09/20/17 15:51:18  Main Document  Pg 1 of 5

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** **/S/Jason R. Smith** _____　　Date: <u>09/20/2017</u>

　　**Signature**

Print　　Jason　　　　R.　　　　　Smith　　　　　　　Title: <u>Attorney for Creditor</u>
　　　　First　　　　Middle　　　　Last

Company　　Dean Morris, L.L.C.

Address　　1820 Avenue of America
　　　　Number　Street

　　　　Monroe　　　LA　　　71291
　　　　City　　　　State　　　Zip Code

Contact Phone　<u>318-388-1440</u>　　　　　　　　Email <u>ljacob@creditorlawyers.com</u>

Official Form 410S1　　　　Notice of Mortgage Payment Change　　　　page 2

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

IN RE:    GREGORY S. HIXON                                  CASE NO. 16-20467
                                                                            CHAPTER 13

## <u>CERTIFICATE OF SERVICE</u>

I, Jason Smith, hereby certify that I have notified the following interested parties of the

Notice of Mortgage Payment Change filed by SETERUS, INC. AS THE AUTHORIZED

SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE

MAE"), C/O SETERUS, INC., as reflected on the foregoing notice, to-wit:

Gregory S. Hixon                          Keith A.  Rodriguez
810 S. Adams St.                          Trustee
Welsh, LA 70591                           P.O. Box 3445
                                                      Lafayette, LA 70502-3445


Christian D. Chesson                      Office of the U.S. Trustee
One Lakeshore Drive                       300 Fannin Street
Suite 1800                                      Suite 3196
Lake Charles, LA 70629                   Shreveport, LA 71101


by mailing this notice and a copy of the Notice of Mortgage Payment Change filed herein by

United States Mail, first class, postage prepaid and properly addressed, all on this the 20th day of

September, 2017.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P.O. Box 15270
Monroe, LA  71207-5270
(318) 388-1440

/S/Jason R. Smith
ATTORNEY FOR CREDITOR

# seterus™

PO Box 1077
Hartford, CT 06143-1077

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

| ESCROW ACCOUNT STATEMENT | |
|---|---|
| Analysis Date: | 09/08/17 |
| Loan Number: | |

| Current Payment | | New Payment Effective 11/01/17 | |
|---|---|---|---|
| Principal and Interest | $522.27 | Principal and Interest* | $522.27 |
| Escrow | $356.78 | Escrow | $280.47 |
| Total Current Payment | $879.05 | Total NEW Payment* | $802.74 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

ROGER W REEVES
DEANNA L THOMAS
c/o CHRISTIAN D. CHESSON
1 LAKESHORE DR STE 1800
LAKE CHARLES LA 70629-0123

## NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on July 24, 2013. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

### ANTICIPATED DISBURSEMENTS
November 2017 to October 2018

| | |
|---|---|
| MORTGAGE INS | $156.96 |
| COUNTY | $107.44 |
| HAZARD INS | $1,571.33 |
| FLOOD INS | $1,530.00 |
| **Total Disbursements** | **$3,365.73** |

Bankruptcy File Date          July 24, 2013

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date          $0.00

\*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

\*\*Beginning balance = Starting balance less any unpaid escrow disbursements

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $560.94.

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $2,346.28 |
| Post Petition Beg Bal* | | | | $2,346.28 |
| Surplus Refund | | | | $1,176.13 |
| **Date** | | | | |
| 11/01/2017 | 280.47 | 13.08- | MORTGAGE INS | 1,437.54 |
| 12/01/2017 | 280.47 | 13.08- | MORTGAGE INS | 1,704.93 |
| 12/01/2017 | 0.00 | 107.44- | COUNTY | 1,597.49 |
| 01/01/2018 | 280.47 | 13.08- | MORTGAGE INS | 1,864.88 |
| 02/01/2018 | 280.47 | 13.08- | MORTGAGE INS | 2,132.27 |
| 02/01/2018 | 0.00 | 1,571.33- | HAZARD INS | 560.94 |
| 03/01/2018 | 280.47 | 13.08- | MORTGAGE INS | 828.33 |
| 04/01/2018 | 280.47 | 13.08- | MORTGAGE INS | 1,095.72 |
| 05/01/2018 | 280.47 | 13.08- | MORTGAGE INS | 1,363.11 |
| 06/01/2018 | 280.47 | 13.08- | MORTGAGE INS | 1,630.50 |
| 07/01/2018 | 280.47 | 13.08- | MORTGAGE INS | 1,897.89 |
| 08/01/2018 | 280.47 | 13.08- | MORTGAGE INS | 2,165.28 |
| 09/01/2018 | 280.47 | 13.08- | MORTGAGE INS | 2,432.67 |
| 10/01/2018 | 280.47 | 13.08- | MORTGAGE INS | 2,700.06 |
| 10/01/2018 | 0.00 | 1,530.00- | FLOOD INS | 1,170.06 |
| **Total** | **$3,365.64** | **$3,365.73-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $560.94, or 1/6 of the total anticipated payments from your escrow account. Your lowest escrow balance was $560.94.

The projected beginning balance of your escrow account is $2,346.28. Your required beginning balance according to this analysis should be $1,170.15. This means you have a surplus of $1,176.13. This surplus amount will be sent to you within 30 days.

***Continued on Reverse***
INTERNET REPRINT

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from November 2016 to October 2017. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

### ACTUAL ESCROW ACCOUNT HISTORY

| Date | Payments to Escrow Projected | Payments to Escrow Actual | Payments from Escrow Projected | Payments from Escrow Actual | Description | Escrow Balance Projected | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | $1,761.80 | $1,176.00 |
| 11/01/16 | 353.07 | 725.95 * | 38.60- | 38.60- | MORTGAGE INS | 2,076.27 | 1,863.35 |
| 12/01/16 | 353.07 | 356.78 * | 38.60- | 38.60- | MORTGAGE INS | 2,390.74 | 2,181.53 |
| 12/01/16 | 0.00 | 0.00 | 109.42- | 107.44- * | COUNTY | 2,281.32 | 2,074.09 |
| 01/01/17 | 353.07 | 356.78 * | 38.60- | 38.60- | MORTGAGE INS | 2,595.79 | 2,392.27 |
| 02/01/17 | 353.07 | 356.78 * | 38.60- | 38.60- | MORTGAGE INS | 2,910.26 | 2,710.45 |
| 02/01/17 | 0.00 | 0.00 | 2,204.12- | 1,571.33- * | HAZARD INS | 706.14 | 1,139.12 |
| 03/01/17 | 353.07 | 356.78 * | 38.60- | 38.60- | MORTGAGE INS | 1,020.61 | 1,457.30 |
| 04/01/17 | 353.07 | 356.78 * | 38.60- | 13.08- * | MORTGAGE INS | 1,335.08 | 1,801.00 |
| 05/01/17 | 353.07 | 356.78 * | 38.60- | 13.08- * | MORTGAGE INS | 1,649.55 | 2,144.70 |
| 06/01/17 | 353.07 | 0.00 * | 38.60- | 13.08- * | MORTGAGE INS | 1,964.02 | 2,131.62 |
| 07/01/17 | 353.07 | 713.56 * | 38.60- | 13.08- * | MORTGAGE INS | 2,278.49 | 2,832.10 |
| 08/01/17 | 353.07 | 356.78 * | 38.60- | 13.08- * | MORTGAGE INS | 2,592.96 | 3,175.80 |
| 09/01/17 | 353.07 | 356.78 * | 38.60- | 0.00 * | MORTGAGE INS | 2,907.43 | 3,532.58 |
| 10/01/17 | 353.07 | 0.00 * | 38.60- | 0.00 * | MORTGAGE INS | 3,221.90 | 3,532.58 |
| 10/01/17 | 0.00 | 0.00 | 1,460.00- | 0.00 * | FLOOD INS | 1,761.90 | 3,532.58 |
| **Total** | **$4,236.84** | **$4,293.75** | **$4,236.74-** | **$1,937.17-** | | | |

\* indicates a difference from a previous estimate either in the date or the amount.

\*\* indicates escrow payment made during a period where the loan was paid ahead.

**NOTE –** This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.

INTERNET REPRINT